IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARCUS THORNTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-2079-N |
| | § | |
| THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, | § § § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

By separate Memorandum Opinion and Order of this same date, the Court granted Defendant University of Texas Southwestern Medical Center's motion to dismiss. It is, therefore, ordered that Plaintiff Marcus Thornton take nothing by his claims and that these claims are dismissed with prejudice. Court costs are taxed against Thornton. All relief not expressly granted is denied. This is a final judgment.

Signed May 29, 2024.

David C. Godbey
Chief United States District Judge

FINAL JUDGMENT – SOLO PAGE